464 A.2d 526

Commonwealth v. Bradford, Appellant.

Petition for Allowance of Appeal
Denied Jan. 16, 1984.

Submitted March 17, 1983. Burton A. Rose, for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

* Former Chief Justice Michael J. Eagen of the Supreme Court of Pennsylvania took no part in the consideration nor decision of this case.

Before CERCONE, P.J., ROWLEY and CIRILLO, JJ.

The order of the PCHA court is affirmed.